SARI E. FEIN, Respondent, *v.* PAUL FEIN, Appellant.

(Submitted October 9, 1931; decided October 23, 1931.)

*Karl Propper* for appellant.
*Cecile Scheuer* for respondent.

Appeal dismissed, with costs, on the ground that the appeal has been taken from the order of the Appellate Division and not from the judgment entered thereon; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.